[No. 60607-7-I.  Division One.  July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIQUE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13775-1, Julie A. Spector, J., entered September 19, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 60834-7-I.  Division One.  July 28, 2008.]

GEE WEST SEATTLE, LLC, *Respondent*, v. HULING BUICK, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-32166-7, Harry J. McCarthy, J., entered November 6, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 61664-1-I.  Division One.  July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-01051-8, Christine A. Pomeroy, J., entered May 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61666-8-I.  Division One.  July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL GENE BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00407-6, Barbara D. Johnson, J., entered August 14, 2007. *Affirmed* by unpublished per curiam opinion.